DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADENA TESTA,** individually and as co-trustee of the
Michael David Testa Revocable Trust,
Appellant,

v.

**PHILIP T. FELDSINE,** individually and as Trustee of the
PHILIP T. FELDSINE REVOCABLE TRUST U/T/D JULY 5, 2019, et al.,
Appellees.

No. 4D2023-3108

[September 4, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Michael Joseph McNicholas, Judge; L.T. Case No. 23-001227-CA.

Jesse Panuccio, Stuart H. Singer, James Grippando and Jason Hilborn of Boies Schiller Flexner LLP, Fort Lauderdale, for appellant.

Ethan J. Loeb, Cynthia G. Angelos, Steven Gieseler, Nicholas M. Gieseler and Jalen Larubbio of Bartlett Loeb Hinds Thompson & Angelos, Tampa, for appellee.

PER CURIAM.

Adena Testa, individually and as co-trustee of the Michael David Testa Revocable Trust, appeals the circuit court's order denying her motion to intervene in a declaratory action brought by Philip T. Feldsine, individually and as Trustee of the Philip T. Feldsine Revocable Trust U/T/D July 5, 2019. We reverse the circuit court's order and remand for proceedings consistent with this Court's opinion in *Testa v. Dolphin Suite, LLC*, No. 4D2024-0366, 2024 WL 3588349 (Fla. 4th DCA July 31, 2024).

*Reversed and remanded.*

KLINGENSMITH, C.J., WARNER and KUNTZ, JJ., concur.

*       *       *

*Not final until disposition of timely filed motion for rehearing.*